■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO VACIRCA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rienzi, J.), rendered January 11, 1988, convicting him of criminal possession of a weapon in the third degree, and criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed *(see, People v Prochilo,* 41 NY2d 759; *People v Ingle,* 36 NY2d 413, 420; *People v Havelka,* 45 NY2d 636; *People v Lypka,* 36 NY2d 210; *People v Sobotker,* 43 NY2d 559, 564; *People v Evans,* 106 AD2d 527; *People v Belton,* 55 NY2d 49; *People v Piwowar,* 101 AD2d 686; Penal Law § 60.01 [2] [d]). Mangano, J. P., Lawrence, Kooper and Sullivan, JJ., concur.